632

*A. Buck* for respondent.

No. 875. BAUMAN ET AL. *v.* CHICAGO & NORTH WESTERN RY. CO. April 9, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Paul F. Good* for petitioners. *Messrs. Wymer Dressler, Robert D. Neely, Wm. T. Faricy,* and *Samuel H. Cady* for respondent.

No. 858. PERRY ET AL., TRUSTEES, *v.* PAGE, COLLECTOR OF INTERNAL REVENUE. April 9, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. James F. Armstrong* for petitioners. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. James W. Morris, S. E. Blackham,* and *H. Brian Holland* for respondent.

No. 799. PRICE *v.* UNITED STATES. April 9, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. W. P. McLean* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *John H. McEvers* for the United States.

No. 833. UNITED STATES EX REL. WILKINSON ET AL. *v.* HINES, ADMINISTRATOR OF VETERANS' AFFAIRS. April 9, 1934. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Wm. Wolff Smith* for petitioners. *Solicitor General Biggs* and *Messrs. Will G. Beardslee* and *W. Marvin Smith* for respondent.